# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jennifer Stephanie HERNANDEZ**<br>DOB: xx/xx/1997<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00246MJ |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On March 3, 2020, within the District of Arizona, Jennifer Stephanie HERNANDEZ Ramirez knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 10,000 rounds of Wolf 7.62x39mm caliber ammunition and 13,000 rounds of Red Army Standard 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 3, 2020, Jennifer Stephanie HERNANDEZ Ramirez was the driver and sole occupant of a vehicle stopped by Department of Public Safety troopers for a traffic violation while on Interstate 10 near Casa Grande, Arizona. Prior to the stop, the trooper noticed the rear of HERNANDEZ's vehicle appeared weighed down. During the stop, HERNANDEZ told the troopers she was travelling from Phoenix to Tucson to meet a friend. As the trooper began talking to HERNANDEZ, he noticed several boxes of ammunition on the front passenger floorboard and back seat of HERNANDEZ's vehicle. Homeland Security Investigations agents responded to assist. After being informed of and waving her Miranda rights, HERNANDEZ agreed to speak with the agents and answer questions. HERNANDEZ admitted she had been buying bulk ammunition in Phoenix and transporting it in her vehicle to Nogales, Arizona, from where she would then smuggle the ammunition into Mexico. HERNANDEZ admitted she was paid approximately $1,000 per load of ammunition and stated she had been buying the bulk ammunition for approximately three weeks. HERNANDEZ admitted she bought the 23,000 rounds of ammunition found in her vehicle in Phoenix and was on her way to Nogales, Arizona, to meet an individual who would drive her vehicle containing the ammunition into Mexico while she remained in the vehicle as a passenger. HERNANDEZ estimated she had bought approximately 69,000 rounds of ammunition since she began doing so several weeks ago. HERNANDEZ admitted that she has no export license and that she knew that smuggling ammunition from the United States into Mexico was illegal.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 4, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54